**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>BRIAN MENDE<br>ARLENE MENDE<br>       Debtor(s) | Case No. 11-12146 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/23/2011.

2)  The plan was confirmed on 06/02/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2012.

5)  The case was dismissed on 12/18/2014.

6)  Number of months from filing to last payment: 44.

7)  Number of months case was pending: 53.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $42,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,121.00 |
| Less amount refunded to debtor | $67.74 |

**NET RECEIPTS:** $27,053.26

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,030.43 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,169.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,199.94

Attorney fees paid and disclosed by debtor:    $469.57

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADDISON EMERGENCY PHYSICIANS | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| ADDISON EMERGENCY PHYSICIANS | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| ADDISON EMERGENCY PHYSICIANS | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE HOME HEALTH INC | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE ILLINOIS MASONIC | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | NA | 3,720.40 | 3,720.40 | 448.19 | 0.00 |
| ARVIND PATEL MD | Unsecured | 70.00 | 69.55 | 69.55 | 0.00 | 0.00 |
| BACK BOWL LLC | Unsecured | 9,921.00 | 9,912.37 | 9,912.37 | 1,194.12 | 0.00 |
| BANK OF AMERICA | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 9,912.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| BELLA GOLAND MD | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 5,386.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 5,303.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 149.00 | 144.81 | 144.81 | 15.65 | 0.00 |
| CAVALRY PORTFOLIO SVC | Unsecured | 3,877.00 | 4,470.45 | 4,470.45 | 538.54 | 0.00 |
| CHASE MASTERCARD | Unsecured | 12,818.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 399.00 | 0.00 | 210.41 | 17.46 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 210.41 | 210.41 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | NA | 516.39 | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 243,523.00 | 243,327.02 | 245,360.04 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 63,049.00 | 63,840.26 | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Unsecured | 63,049.00 | 0.00 | 63,840.26 | 7,690.65 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 2,033.02 | 2,033.02 | 2,033.02 | 0.00 |
| DIAGNOSTIC RADIOLOGY SPEC | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 12,686.00 | 11,754.40 | 11,754.40 | 1,416.11 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 7,977.00 | 7,456.50 | 7,456.50 | 898.64 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,269.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Document   Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIA CARD SERV/BANK OF AMERICA | Unsecured | 804.00 | 693.58 | 693.58 | 80.53 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,600.00 | 5,092.00 | 5,092.00 | 5,092.00 | 0.00 |
| KLAPMAN MD | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS SC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| LAWRENCE M KAUFMAN MD PHD | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYS FOUNDATION | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYS FOUNDATION | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYS FOUNDATION | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYS FOUNDATION | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYS FOUNDATION | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 462.00 | 1,931.20 | 1,931.20 | 224.22 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 6,306.00 | 6,306.17 | 6,306.17 | 759.70 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 6,080.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| OTOLARYNGOLOGY GROUP | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| OUR LADY OF THE RESURRECTION | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| OUR LADY OF THE RESURRECTION | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 335.01 | 335.01 | 36.21 | 0.00 |
| PETER RIZZO | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE N | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,001.00 | 1,009.73 | 1,009.73 | 109.16 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 12,819.00 | 12,818.93 | 12,818.93 | 1,544.25 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 663.17 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 94.87 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 952.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH EMERGENCY ASSOC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 62.00 | 62.75 | 62.75 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 600.00 | 369.99 | 369.99 | 33.66 | 0.00 |
| UIC UNIVERSITY | Unsecured | 16,740.33 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS/MSP | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS/MSP | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 5,986.00 | 5,986.71 | 5,986.71 | 721.21 | 0.00 |
| VIKING COLLECTION SERVICE | Unsecured | 12,818.93 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $245,360.04 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,033.02 | $2,033.02 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $210.41 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$247,603.47** | **$2,033.02** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,092.00 | $5,092.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,092.00** | **$5,092.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$131,093.22** | **$15,728.30** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,199.94 |
| Disbursements to Creditors | $22,853.32 |
| **TOTAL DISBURSEMENTS** : | **$27,053.26** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/07/2015                     By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**